In the Matter of the Petition of WILLIAM H. WILLIAMS to Render and Settle His Account as Administrator of ROSE EVELYN WILLIAMS, Also Known as R. EVELYN WILLIAMS, Deceased. MARGARET W. OWEN, Appellant; WILLIAM H. WILLIAMS, as Administrator, etc., of ROSE EVELYN WILLIAMS, etc., Deceased, and STANDARD ACCIDENT INSURANCE COMPANY, Respondents.— Decree of the Surrogate's Court of Kings county settling the account of an administrator and disallowing objections unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ. [162 Misc. 507.]

JULIA V. KOHLI, Appellant, v. WALTER J. KOHLI, Defendant.— Action to annul a marriage on the ground of fraud. Judgment dismissing the complaint unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

REBECCA KULIKOV, Respondent, v. JACOB C. KULIKOV, Appellant.— Order modified by striking " August 27 " from the sixth line of the second ordering paragraph and by substituting " November 4 " therefor. As so modified, the order, in so far as an appeal is taken therefrom, is affirmed, without costs. The court was without power, under the circumstances herein, to direct payment from a date prior to the date of the notice of motion. (Maddren v. Maddren, 224 App. Div. 863, and cases cited.) This action for separation should be tried without further delay. Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ., concur.

MARY K. LANG, Respondent, v. MAXWELL E. LANG, Appellant.— Order resettling interlocutory judgment of divorce, in so far as an appeal is taken therefrom, unanimously affirmed, with costs. Appeal from original judgment dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

MIDFIELD REALTY CORPORATION, Plaintiff, v. ETHEL M. TRIPPITELLI, Defendant.— On an agreed statement of facts, judgment unanimously directed for plaintiff, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis and Johnston, JJ.; Taylor, J., taking no part.

BARNETT MIRMAN, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action to recover for personal injuries and property damage sustained when plaintiff, crossing defendant's tracks in a horse-drawn vehicle, was struck by defendant's trolley car. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

BRIDGET MURPHY, as Administratrix, etc., of DANIEL MURPHY, Deceased, Appellant, v. OTTO STEINFELDT, Defendant, and MARINE BASIN COMPANY, Respondent.— Order and judgment dismissing, as to defendant Marine Basin Company, the second and third causes of action contained in the amended complaint reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of Elliott v. Steinfeldt (ante, p. 739), decided herewith. Answer may be served within ten days from the entry of the order hereon. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur. [See post, p. 771.]